**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DIGNO QUITUISACA TAPIA, individually and on
behalf of others similarly situated,

                   Plaintiff,

       -against-

NATIONS ROOF EAST, LLC (D/B/A NATIONS
ROOF EAST LLC), NATIONS ROOF OF NEW
YORK, LLC (D/B/A NATIONS ROOF EAST
LLC), PATRICIA DONOHUE , MICHAEL
JOHANNES , SAL DOE , JOSE DOE , ANDY
DOE , MATA DOE , and DAVID DOE ,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

21 Civ. 1358 (GBD)

GEORGE B. DANIELS, District Judge:

     The initial conference is adjourned from April 22, 2021 to May 20, 2021 at 9:30 a.m.

Dated: April 20, 2021
      New York, New York

                      SO ORDERED.

                      *George B. Daniels*

                      GEORGE B. DANIELS
                    UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 2 0 2021