UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DIGNO QUITUISACA TAPIA, individually and on
behalf of others similarly situated,

                          Plaintiff,

    -against-

NATIONS ROOF EAST, LLC (D/B/A NATIONS ROOF EAST LLC), NATIONS ROOF OF NEW YORK, LLC (D/B/A NATIONS ROOF EAST LLC), PATRICIA DONOHUE, MICHAEL JOHANNES, SAL DOE, JOSE DOE, ANDY DOE, MATA DOE, and DAVID DOE,

                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 2 2021

ORDER

21 Civ. 1358 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference is adjourned from May 20, 2021 to June 17, 2021 at 9:30 a.m.

Dated: May 11, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE