

**Jennifer L. Budner**
*Partner*
Email: jbudner@pmtlawfirm.com

555 Taxter Road, 5th Floor, Elmsford, NY 10523
Ph: (914) 703-6300
Fax: (914) 703-6688

https://www.pmtlawfirm.com

June 8, 2021

Hon. Judge George B. Daniels
District Judge
United States District Court, Southern District of New York

Re : **Digno Quituisaca Tapia, individually and on behalf of others similarly situated v. Nations Roof East, LLC (d/b/a Nations Roof East LLC), Nations Roof of New York, LLC. (d/b/a Nations Roof East LLC), Patricia Donohue, Michael Johannes, Sal Doe, Jose Doe, Andy Doe, Mata Doe, and David Doe**
Index No. : 1:21-cv-01358
PMT File No. : NATR-00102/JLB

Honorable Sir:

This office represents the defendants Nations Roof East, LLC, Nations Roof of New York, LLC., Patricia Donohue and Michael Johannes in the above captioned action.

We have received the Court Order, dated May 11, 2021, rescheduling the initial Conference to June 17, 2021 at 9:30 a.m. I write to request an adjournment of this Conference as I am required to attend a stepping up ceremony for my daughter on the same date in Westchester County at 10:30 a.m.

I have spoken with counsel for plaintiff Clela Errington on June 2, 2021, and she adjourned to an adjournment.

Thank you for your consideration.

Very truly yours,

PILLINGER MILLER TARALLO, LLP

By _____
JENNIFER L. BUDNER

JLB/trl



cc:     Michael Faillace, Esq.
        Michael Faillace & Associates, P.C.
        110 East 59th Street
        Floor 32
        New York, New York 10022
        *e-Mail*: faillace@employmentcompliance.com