UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
:
DIGNO QUITUISACA TAPIA, individually and on :
behalf of others similarly situated, :
:
Plaintiff, :
-against- :        ORDER
:
NATIONS ROOF EAST, LLC (D/B/A NATIONS :   21 Civ. 1358 (GBD)
ROOF EAST LLC), NATIONS ROOF OF NEW :
YORK, LLC (D/B/A NATIONS ROOF EAST :
LLC), PATRICIA DONOHUE, MICHAEL :
JOHANNES, SAL DOE, JOSE DOE, ANDY :
DOE, MATA DOE, and DAVID DOE, :
:
Defendants. :
------------------------------------ X

GEORGE B. DANIELS, District Judge:

The initial conference is adjourned from June 17, 2021 to July 21, 2021 at 9:30 a.m.

Dated: June 9, 2021
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE