UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

DIGNO QUITUISACA TAPIA, individually and on
behalf of others similarly situated,

                    Plaintiff,

         -against-                                 ORDER

NATIONS ROOF EAST, LLC (D/B/A NATIONS      21 Civ. 1358 (GBD)
ROOF EAST LLC), NATIONS ROOF OF NEW
YORK, LLC (D/B/A NATIONS ROOF EAST
LLC), PATRICIA DONOHUE , MICHAEL
JOHANNES , SAL DOE , JOSE DOE , ANDY
DOE , MATA DOE , and DAVID DOE,

                    Defendants.

------------------------------------- X

GEORGE B. DANIELS, District Judge:

        The initial conference is adjourned from July 21, 2021 to August 25, 2021 at 9:30 a.m. The parties shall meet and confer regarding a case management plan and file a status letter no later than August 18, 2021.

Dated: July 19, 2021
       New York, New York

                                        SO ORDERED.

                                        GEORGE B. DANIELS
                                        UNITED STATES DISTRICT JUDGE