# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
_____

August 13, 2021

**VIA ECF**
Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re: Digno Quituisaca Tapia v. Nations Roof East, LLC et al; 21-cv-1358

Your Honor:

We represent Plaintiffs in the above-referenced matter. We write jointly with Defendants pursuant to the Court's Order of July 19, 2021.

The parties have conferred regarding the issues set forth in the Court's order. Additionally, the Plaintiff has provided damages calculations to Defendants. Both parties are interested in engaging in early settlement negotiations in order to avoid the expenses associated with protracted litigation and discovery.

We thank the Court for its time and consideration.

Respectfully Submitted,

/s/*Clela Errington*
Clela A. Errington, Esq.

Encl.