UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

DIGNO QUITUISACA TAPIA, individually and on
behalf of others similarly situated,

                    Plaintiff,

    -against-

NATIONS ROOF EAST, LLC (D/B/A NATIONS
ROOF EAST LLC), NATIONS ROOF OF NEW
YORK, LLC (D/B/A NATIONS ROOF EAST
LLC), PATRICIA DONOHUE , MICHAEL
JOHANNES , SAL DOE , JOSE DOE , ANDY
DOE , MATA DOE , and DAVID DOE,

                    Defendants.

------------------------------------- x

ORDER

21 Civ. 1358 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference is adjourned from August 25, 2021 to October 6, 2021 at 9:30 a.m.

Dated: August 17, 2021
       New York, New York

                                      SO ORDERED.

                                      GEORGE B. DANIELS
                                      UNITED STATES DISTRICT JUDGE