UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X

DIGNO QUITUISACA TAPIA, individually and on
behalf of others similarly situated,

                          Plaintiff,

    -against-                                ORDER

NATIONS ROOF EAST, LLC (D/B/A NATIONS      21 Civ. 1358 (GBD)
ROOF EAST LLC), NATIONS ROOF OF NEW
YORK, LLC (D/B/A NATIONS ROOF EAST
LLC), PATRICIA DONOHUE, MICHAEL
JOHANNES, SAL DOE, JOSE DOE, ANDY
DOE, MATA DOE, and DAVID DOE,

                       Defendants.
------------------------------------ X

GEORGE B. DANIELS, District Judge:

    The initial conference is adjourned from October 6, 2021 to November 9, 2021 at 9:30 a.m.

Dated: September 27, 2021
       New York, New York

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE