

**Jennifer L. Budner**
*Partner*
Email: jbudner@pmtlawfirm.com

https://www.pmtlawfirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/21

555 Taxter Road, 5th Floor, Elmsford, NY 10523
Ph: (914) 703-6300
Fax: (914) 703-6688

October 1, 2021

# MEMO ENDORSED

Hon. Magistrate Judge Barbara Moses
District Judge
United States District Court, Southern District of New York

| | | |
|---|---|---|
| Re | : | **Digno Quituisaca Tapia, individually and on behalf of others similarly situated v. Nations Roof East, LLC (d/b/a Nations Roof East LLC), Nations Roof of New York, LLC. (d/b/a Nations Roof East LLC), Patricia Donohue, Michael Johannes, Sal Doe, Jose Doe, Andy Doe, Mata Doe, and David Doe** |
| Index No. | : | 1:21-cv-01358 |
| PMT File No. | : | NATR-00102/JLB |

Honorable Magistrate Judge Moses:

This office represents the defendants Nations Roof East, LLC, Nations Roof of New York, LLC., Patricia Donohue and Michael Johannes in the above captioned action.

The parties have consented to participate in the court sponsored mediation program and are currently scheduled for a settlement conference with Magistrate Judge Barbara Moses on October 7, 2021 at 2:15 p.m. I write to request an adjournment of this Conference as we need additional time to obtain information necessary to prepare and submit our mediation position statement/supporting evidence and engage in meaningful settlement discussions. My client has been away, thus it has taken longer than anticipated to gather the necessary information/evidence. I have spoken with counsel for plaintiff Clela Errington on October 1, 2021, and she agreed to an adjournment.

There have been no prior mediations/settlement conferences scheduled and no prior requests to adjourn to the conference.

We have conferred with Magistrate Judge Moses's Chambers, plaintiff's counsel and our clients to confirm availability. We have confirmed availability of Magistrate Judge Moses, Defendants representatives, Defense Counsel and Plaintiff's Counsel to participate in the mediation on the following dates: October 21, 2021 at 2:15 and November 9, 2021 at 2:15. Plaintiff's counsel is waiting for confirmation of her client's availability, but has indicated that



_____

OCTOBER 1, 2021
PAGE **2** OF **3**

his availability has been flexible in the past.  Thus, we propose an adjourn date to October 21, 2021 or November 9 ,2021 at 2:15.

      Thank you for your consideration.

Very truly yours,

PILLINGER MILLER TARALLO, LLP


By_____*JENNIFER L. BUDNER*___
       JENNIFER L. BUDNER

JLB/trl

cc:    Michael Faillace, Esq.
        Michael Faillace & Associates, P.C.
        Attorneys for Plaintiff
        110 East 59th Street
        Floor 32
        New York, New York 10022

Application GRANTED. The settlement conference previously scheduled for October 7, 2021, is hereby ADJOURNED to **November 9, 2021, at 2:15 p.m.** All other provisions in the Court's Order Scheduling Settlement Conference dated August 27, 2021 (Dkt. No. 42) remain in effect. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
October 4, 2021



_____

OCTOBER 1, 2021
PAGE **3** OF **3**