# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

NOV 0 3 2021

November 2, 2021

**SO ORDERED**

**VIA ECF**
Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

The initial conference is adjourned to November 30, 2021 at 9:30 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

NOV 0 3 2021

Re: Digno Quituisaca Tapia v. Nations Roof East, LLC et al; 21-cv-1358

Your Honor:

We represent Plaintiffs in the above-referenced matter. We write jointly with Defendants to request that the initial conference scheduled for November 9, 2021 at 9:30 A.M. be adjourned to a later date. This is the second request of this nature. The reason for this request is that the parties are scheduled for a settlement conference before Magistrate Judge Barbara Moses later that same day. The parties thus respectfully request that the initial conference be rescheduled to a date after this settlement conference in order to conserve party and Court resources in the event that this case settles during said settlement conference.

We thank the Court for its time and consideration.

Respectfully Submitted,

*/s/ Clela Errington*
Clela A. Errington, Esq.

*Certified as a minority-owned business in the State of New York*