**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

DIGNO QUITUISACA TAPIA, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

NATIONS ROOF EAST, LLC (D/B/A NATIONS ROOF EAST LLC), NATIONS ROOF OF NEW YORK, LLC (D/B/A NATIONS ROOF EAST LLC), PATRICIA DONOHUE, MICHAEL JOHANNES, SAL DOE, JOSE DOE, ANDY DOE, MATA DOE, and DAVID DOE,

                Defendants.
------------------------------------ X

ORDER

21 Civ. 1358 (GBD)

GEORGE B. DANIELS, District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within forty-five (45) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: November 30, 2021
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE