
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIGNO QUITUISACA TAPIA, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

NATIONS ROOF EAST, LLC (D/B/A NATIONS ROOF EAST LLC), et al.,

Defendants.

21-CV-1358 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Following the May 18, 2022 telephonic conference in this matter:

It is hereby ORDERED that the deadline for the parties to file an amended *Cheeks* submission is **June 1, 2022**.

Dated: New York, New York
May 18, 2022

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**